IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01963-BNB

WYATT T. HANDY, JR.,

    Plaintiff,

v.

DEP. VIGIL,
SGT. IPPEL,
DEP. KRAUS,
ELAINE MEYER,
PATTY KELLY,
GRAYSON ROBINSON,
SGT. RANKIN,
LITWILER,
DEP. LANE,
DEP. JOHNSON,
DEP. HOBAUGH,
DEP. THIRET,
DEP. EMERSON,
CAPT. SAUTER,
SGT. CLARK,
LT. WICKSTROM,
SGT. DOIZAKI,
RUSS,
LT. WHITIKER,
SGT. WISCAMB,
DEP. FREEMAN,
MELINDA MOLLENDOR,
DEP. HOPLINS,
DM 00297,
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE,
DR. GROPE,
CORNELIUS JOHNSON,
DEP. WOODS,
DEP. VINCENT,
SHERRI HADEK,
LT. KNIGHT,
SGT. SPAIN-MADRIGAL, and
LT. CRECELIUS,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     On October 24, 2013, Plaintiff filed a Motion for Court to Send Plaintiff a Copy of the Register of Actions in this Case or Direct the Clerk to Send it to Him.  Plaintiff claims a need for the Docket to determine the status of the case and for citation to previous filings.  The Court is not required to provide a photocopy of the Docket to Plaintiff free of charge.  A copy of the Docket is not necessary for Plaintiff to prosecute this action.  Plaintiff should keep copies of documents he files with the Court, and orders entered on the Docket are mailed to Plaintiff.  The action is pending initial review.  No parties have been ordered to respond to Plaintiff's Complaint.  Plaintiff's Motion is denied.

     Pursuant to the United States District Court, District of Colorado Schedule of Fees, reproduction of any record or paper is $.50 per page.  A photocopy of the Court Docket must be paid for in advance.  The Docket is seven pages.  If Plaintiff would like a photocopy he must submit $3.50 to the Court and then the Clerk of the Court will send the photocopy to Plaintiff.

Dated:  October 25, 2013