## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01963-BNB

WYATT T. HANDY, JR.,

    Plaintiff,

v.

DEP. VIGIL,
SGT. IPPEL,
DEP. KRAUS,
ELAINE MEYER,
PATTY KELLY,
GRAYSON ROBINSON,
SGT. RANKIN,
LITWILER,
DEP. LANE,
DEP. JOHNSON,
DEP. HOBAUGH,
DEP. THIRET,
DEP. EMERSON,
CAPT. SAUTER,
SGT. CLARK,
LT. WICKSTROM,
SGT. DOIZAKI,
RUSS,
LT. WHITIKER,
SGT. WISCAMB,
DEP. FREEMAN,
MELINDA MOLLENDOR,
DEP. HOPLINS,
DM 00297,
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE,
DR. GROPE,
CORNELIUS JOHNSON,
DEP. WOODS,
DEP. VINCENT,
SHERRI HADEK,
LT. KNIGHT,
SGT. SPAIN-MADRIGAL, and
LT. CRECELIUS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On November 12, 2013, Plaintiff submitted a Motion to Amend Complaint, ECF No. 16. The Motion is denied as unnecessary.

Dated: November 12, 2013